No. 3054. MAZARREDO ET AL., APELADAS, *v.* RAMÍREZ ET AL., APELANTES.—C. de D. de Aguadilla. R. mar. 12, 1924. Examinados los autos y los alegatos y apareciendo que la ley del caso está contenida en la sentencia y opinión en el caso de *Mazarredo et al., v. García et al.,* 31 D. P. R. 771, se revoca la resolución recurrida de marzo 26, 1923 quedando así las cosas en el ser y estado que tenían antes de dictarse la resolución revocada.

No. 3100. RAMÍREZ, ETC., APELADA, *v.* RAMÍREZ ET AL., APELANTES.—C. de D. de Humacao. R. mar. 12, 1924. Examinados los autos y los alegatos y no apareciendo que las ganancias del padre sean suficientes aún para relevar al abuelo de su obligación de alimentar a su nieto, se confirmó la sentencia quedando abierto el procedimiento para cualquier nueva gestión que proceda.

No. 3182. GARAGE MAYAGÜEZ, APELANTE, *v.* SOLÉ, APELADO.
—No. 3183. SOLÉ, APELADO, *v.* GARAGE MAYAGÜEZ, APELANTE.
—C. de D. de Mayagüez. R. mar. 13, 1924. Examinadas las alegaciones de las partes y los autos, vista la condición desordenada de la transcripción y del alegato del apelante en estos casos, por los motivos consignados en la moción del apelado y de acuerdo con la constante jurisprudencia de este tribunal sobre la materia, se desestimó la apelación.